UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>THERESA CARRROLL BUCHANAN</u>

UNITED STATES OF AMERICA

HEARING: <u>R5</u>   CASE #: <u>16mJ355</u>

-VS-

DATE: <u>8/3/16</u>   TIME: <u>2:00 pm</u>

TYPE: <u>FTR RECORDER</u>   DEPUTY CLERK: <u>T. FITZGERALD</u>

<u>Nicholas Young</u>

COUNSEL FOR THE UNITED STATES: <u>J. Gibbs & G. Kromberg</u>

COUNSEL FOR THE DEFENDANT: <u>w/o</u>

INTERPRETER: _____ LANGUAGE: _____

( X ) DEFENDANT APPEARED:   (   ) WITH COUNSEL    ( X ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( X ) COURT TO APPOINT COUNSEL <u>CJA</u>   (   ) DFT. TO RETAIN COUNSEL
       (Conflict per FPD office)

(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE

(   ) EXHBIT #_____ ADMITTED

(   ) PROBABLE CAUSE: FOUND (   ) / NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED

(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION (   ) COURT FINDS DFT. IN VIOLATION

MINUTES: <u>USA seeks detention - GRANTED.</u>

CONDITIONS OF RELEASE:
($        ) UNSECURED ($         ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH
TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: <u>8/4/16</u> at <u>2:00 pm</u> Before <u>Buchanan</u>
(   ) DH (   ) PH ( X ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) RS