UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 16-mj-355 |
| NICHOLAS YOUNG, | ) | ORDER GRANTING UNOPPOSED MOTION FOR ISSUANCE OF PRETRIAL SUBPOENA DUCES TECUM |
| Defendant. | ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR ISSUANCE OF PRETRIAL SUBPOENA DUCES TECUM

On October 20, 2016, Defendant Nicholas Young filed an unopposed motion to issue a pretrial subpoena duces tecum, pursuant to Federal Rule of Criminal Procedure 17(c), requiring Yahoo! Inc. to produce an email sent by Mr. Young in 2011.

For the reasons set forth in Mr. Young's motion, and because Mr. Young has satisfied the requirements found in Fed. R. Crim. P. 17, it is,

ORDERED that the motion is GRANTED.

Dated: ~~October~~ November 23, 2016

/s/
Leonie M. Brinkema
United States District Judge

4