# EXHIBIT 3

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   1:16sw 453
Locker #45 at Franconia/Springfield Metropolitan Transit )
Police Department's District 2 substation )
)

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the      Eastern      District of      Virginia
*(identify the person or describe the property to be searched and give its location)*:

Locker #45 at Franconia/Springfield Metropolitan Transit Police Department's District 2 substation

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment A

**YOU ARE COMMANDED** to execute this warrant on or before      August 25, 2016      *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to      John F. Anderson      .
                                                                                                         *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   08/11/2016  3:30pm                          *(Judge's signature)*

City and state:      Alexandria, VA                         John F. Anderson, U.S. Magistrate Judge
                                                                    *Printed name and title*

## ATTACHMENT A - ITEMS TO BE SEIZED

1. All records and documents, however maintained, that concern the international transfer of money or assets, or the procurement of any item that may have been involved in or in support of terrorist or violent acts, including photographs, correspondence, and safe deposit keys.

2. All records and documents, however maintained, referring or relating to identities or aliases of Nicholas Young.

3. All records and documents, however maintained, referring or relating to past travel or planned travel by Nicholas Young, including airline tickets, credit card bills, bank records, checks, itineraries, passports, and visas.

4. Any and all records, documents, invoices and materials that concern any accounts with any internet service provider;

5. All records, documents, and paraphernalia, however maintained, relating to ISIL/ISIS (or any of its aliases), other designated terrorist groups, or any individual or group engaged in terrorism or terrorist activity, or communications with or involving such groups and/or individuals.

6. All contact lists, however maintained (including but not limited to names, addresses, phone numbers, Internet accounts or usernames, photographs or other identifying information) of individuals associated with Nicholas Young and/or foreign terrorist groups.

7. All records and documents, however maintained, referring or relating to the purchase or use of gift cards, encryption programs, or applications that may be used for clandestine or covert communications.

8. All records and documents, however maintained, referring or relating to any storage facilities, safety deposit boxes, mailboxes, or other locations where any of the foregoing items may be located.

9. Any and all firearms, ammunition, body armor, military-style equipment, or explosive materials or their precursors.

10. Any communications or electronic device capable of storing any of the items to be seized, including but not limited to all cellular phones, smart phones, electronic data processing and storage devices, computers and computer systems, keyboards and other associated peripherals, Central Processing Units, external and/or internal drives, portable drives, external and internal storage devices such as magnetic tapes and/or disks or diskettes, together with system documentation, operating logs, software and manuals, passwords, test keys, encryption codes or similar codes that are necessary to access computer programs, and the stored contents of the items described in this paragraph, which may be searched for only the items listed above.

| Building No. | Description of Room |
|---|---|
|  | Locker |



| Search Personnel Name | Agency | Contact Number | Initials | Search Completed (Place X in Box) |
|---|---|---|---|---|
| Nicholas Cohen | FBI |  | NC | X |
| Tyler Brown | FBI |  | TB |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

# PHOTOGRAPHIC LOG

Page ___ of ___

| Photo # | Range (Circle One) | Scale | Subject | Description |
|---|---|---|---|---|
| 1 | **Overall**/Long/Med/Close | Y / N | Entry Exit Other Items # | Mens locker room entrance |
| 2 | **Overall**/Long/Med/Close | Y / N | Entry Exit Other Items # | Mens locker room entrance |
| 3 | **Overall**/Long/Med/Close | Y / N | Entry Exit Other Items # | Mens locker room entrance |
| 4 | **Overall**/Long/Med/Close | Y / N | Entry Exit Other Items # | Mens locker room entrance |
| 5 | **Overall**/Long/Med/Close | Y / N | Entry Exit Other Items # | Mens locker room |
| 6 | **Overall**/Long/Med/Close | Y / N | Entry Exit Other Items # | Mens locker room |
| 7 | **Overall**/Long/Med/Close | Y / N | Entry Exit Other Items # | Mens locker room |
| 8 | **Overall**/Long/Med/Close | Y / N | Entry Exit Other Items # | Locker room 45 |
| 9 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | Evidence tape & lock |
| 10 | **Overall**/Long/Med/Close | Y / N | Entry Exit Other Items # | Room A |
| 11 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | Room A |
| 12 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | " " |
| 13 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | " " |
| 14 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | " " |
| 15 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | " " |
| 16 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | " " |
| 17 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | ADAMS Center calendar |
| 18 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | Active Shooter training guide |
| 19 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | AHMAD REDA immigration paperw |
| 20 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | Joint Intelligence bulletin |
| 21 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | Joint Intelligence bulletin |
| 22 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | ~~Publishing material~~ Calling c |
| 23 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | ~~Newspapers~~ MMTD training ma |
| 24 | **Overall**/Long/Med/Close | Y / N | Entry Exit Other Items # | Newspapers |
| 25 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | Immigration paperwork |
| 26 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | " " |
| 27 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | " " |
| 28 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | " " |
| 29 | Overall/Long/Med/**Close** | Y / N | Entry Exit Other Items # | " " |
| 30 | **Overall**/Long/Med/Close | Y / N | Entry Exit Other Items # | Room A |
| 31 | **Overall**/Long/Med/Close | Y / N | Entry Exit Other Items # | Locker 45 |
|  | Overall/Long/Med/Close | Y / N | Entry Exit Other Items # |  |
|  | Overall/Long/Med/Close | Y / N | Entry Exit Other Items # |  |
|  | Overall/Long/Med/Close | Y / N | Entry Exit Other Items # |  |
|  | Overall/Long/Med/Close | Y / N | Entry Exit Other Items # |  |
|  | Overall/Long/Med/Close | Y / N | Entry Exit Other Items # |  |
|  | Overall/Long/Med/Close | Y / N | Entry Exit Other Items # |  |
|  | Overall/Long/Med/Close | Y / N | Entry Exit Other Items # |  |
|  | Overall/Long/Med/Close | Y / N | Entry Exit Other Items # |  |

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
*** Crime Scene Sign-In Log ***

PAGE 1 OF ___

## GENERAL INFORMATION

*(Complete if applicable)*

DATE: 6/17/16
CASE ID: WF-242696
LOCATION: 6654 Metro Access Road, Springfield VA

SITE#: ___
TEAM#: ___
GRID#: ___
REMARKS: ___

## SEARCH TEAM PERSONNEL

| Print Full Name | Signature | Agency/Division/Office and Phone | Print Initials | Time In | Time Out |
|---|---|---|---|---|---|
| Tyler F. Bown | [sig] | FBI | TFB | 10:14 | 11:04 |
| Nick Caslen | [sig] | FBI | NC | 10:14 | 11:04 |
| Vernon Clayton | [sig] | WMATA | VCC | 10:14 | 11:04 |
| Eric Craven | [sig] | FBI/MPD | EGC | 10:30 | 11:04 |

# EVIDENCE RECOVERY LOG
*PRINT LEGIBLY*

PAGE __1__ OF __1__

## GENERAL INFORMATION

DATE: 8/17/16
CASE ID: WF-292646
LOCATION: 6054 Metro Access Road, Springfield, VA
PREPARER/ASSISTANTS: SA Brown, SA Coster

PERSONNEL (Include Initials):
SA Brown MB
SA Coster MC

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY / OBSERVED BY (Last name) | PACKAGING METHOD | COMMENTS (If needed) |
|---|---|---|---|---|---|

*(Form crossed out diagonally with handwritten notation: "Nothing Seized")*