IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 1:16-cr-265 (LMB) |
| NICHOLAS YOUNG, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in open court, the United States of America's Motion to Amend/Correct Indictment [Dkt. No. 138] is DENIED and defendant's Motion in Limine to Exclude Two Expert Witness from Trial [Dkt. No. 142] is GRANTED IN PART AND DENIED IN PART, and it is hereby

ORDERED that Count 3 of the Indictment [Dkt. No. 38] be and is DISMISSED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 1st day of December, 2017.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge