IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.  )<br>)  No. 1:16-cr-265 (LMB)<br>)<br>NICHOLAS YOUNG,  )<br>)<br>Defendant.  ) | |

## ORDER

In light of the last minute discovery issues in this case, see Dkt. Nos. 158, 163, which the Court cannot resolve today because it has another criminal trial currently ongoing, and having further considered the impact of the recent publicity on the Court's ability to ensure a fair trial, the Court has instructed the Jury Clerk to cancel the calling of the jury pool for tomorrow. Accordingly, it is hereby

ORDERED that the parties appear in Courtroom 600 at 10:00 a.m. tomorrow for a status hearing.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 4th day of December, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge