# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 12/05/17  Judge: Brinkema  Reporter: A. Thomson
Time: 10:02am - 11:09am  Interpreter:
  Language:
  Probation Email:
  Jury Email:

## UNITED STATES OF AMERICA

v.

NICHOLAS YOUNG  1:16cr265
Defendant's Name  Case Number

Linda Moreno/Nicholas Smith  Gordon Kromberg/John Gibbs/Evan Turgeon
**Counsel for Defendant:**  **Counsel for Government**

**Matter called for:**
[ ] Arraignment  [ ] Pre-Indictment Plea  [ ] Change of Plea  [ ] Motions
[ ] Sentencing  [ ] Revocation Hearing  [ ] Rule 35  [ ] Appeal (USMC)
[X] Other  Status Conference
Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel
**Filed in open court:**
[ ] Information  [ ] Plea Agreement  [ ] Statement of Facts  [ ] Waiver of Indictment  [ ] Discovery Order

**Arraignment & Plea:**
[ ] WFA  [ ] FA  [ ] PG  [ ] PNG  **Trial by Jury:**  [ ] Demanded  [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US  [ ] Deft
[ ] Order entered in open court  [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: **12/08/17** at **1:00pm** for: **Charging Conference**
[X] Trial continued to: **12/11/17** at **2:00pm** for: **Jury Trial (Jury Selection)**
[ ] Jury Trial  [ ] Bench Trial  [ ] Sentencing  [ ] Status
**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted  [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits  [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds  [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
Case status discussed
Deft issues raised and argued

**Deft is:** [X] In Custody  [ ] Summons Issued  [ ] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at**: $ _____  [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered  [X] Deft Remanded  [ ] Deft Released on Bond  [ ] Deft Continued on Bond